201000928/CMX

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2010 DEC 21
CLERK'S OFFICE
BY ___

UNITED STATES OF AMERICA

v.

ANTONIO BENJAMIN MARTINEZ,
 a/k/a Muhammad Hussain,

Defendant

\*
\* Criminal No. JFM-10-0798
\*
\*
\* Attempted Murder of Federal Officers
\* and Employees, 18 U.S.C. § 1114(3);
\* Attempted Use of a Weapon of Mass
\* Destruction, 18 U.S.C. § 2332a(a)(3)
\*

\*\*\*\*\*\*

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

### COUNT ONE

On or about December 8, 2010, in the District of Maryland,

**ANTONIO BENJAMIN MARTINEZ,**
a/k/a Muhammad Hussain,

defendant herein, willfully and unlawfully did attempt to kill, with malice aforethought, officers and employees of the United States, to wit, members of the uniformed services of the United States, engaged in, and on account of, the performance of their official duties, by attempting to detonate a destructive device at the Armed Services Career Center located at 5439 Baltimore National Pike in Baltimore, Maryland.

18 U.S.C. § 1114(3)
18 U.S.C. § 921(a)(4)

## COUNT TWO

On or about December 8, 2010, in the District of Maryland,

**ANTONIO BENJAMIN MARTINEZ,**
a/k/a Muhammad Hussain,

defendant herein, without lawful authority, did knowingly attempt to use a weapon of mass destruction, to wit, a destructive device, against property leased and used by the United States Department of Defense, to wit, the Armed Services Career Center located at 5439 Baltimore National Pike in Baltimore, Maryland.

18 U.S.C. § 2332a(a)(3)
18 U.S.C. § 921(a)(4)

*Rod J. Rosenstein*
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

12/21/10
Date