IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. JFM-10-0798 |
| ANTONIO BENJAMIN MARTINEZ | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS INDICTMENT BASED ON GOVERNMENT'S
BAD FAITH FAILURE TO RECORD CRUCIAL MEETINGS
BETWEEN THE CONFIDENTIAL INFORMANT AND ANTONIO MARTINEZ**

The defendant, Antonio Benjamin Martinez, through his attorneys, hereby moves this Honorable Court to issue an order dismissing the Indictment in this case, based on the government's failure to record crucial meetings between the confidential informant and Mr. Martinez, in a bad faith effort to deprive the defense of essential and potentially exculpatory evidence. As grounds for the motion, undersigned counsel state the following:

1. The defendant, Antonio Martinez, is charged with Attempted Murder of a Federal Official, in violation of 18 U.S.C. § 1114(3), and Attempted Use of a Weapon of Mass Destruction, in violation of 18 U.S.C. § 2332a(a)(3).

2. These charges arise from an FBI undercover sting investigation that largely consisted of a series of meetings between a confidential informant and Mr. Martinez. While the government recorded virtually all of these conversations, it made a conscious decision not to record four of the first five meetings between the informant and Mr. Martinez.

3. This failure by law enforcement authorities was done in a bad faith effort to insulate those early, critically important meetings from any scrutiny and to deprive the defense of essential and potentially exculpatory evidence.

4. By failing to record these crucial meetings between the informant and Mr. Martinez in bad faith, the government violated Mr. Martinez's Fifth Amendment right to due process, and his Sixth Amendment right to put on a complete defense.

5. Accordingly, the Indictment in this case should be dismissed.

6. In support of this motion, counsel refers the Court to the attached Memorandum of Law.

WHEREFORE, Antonio Benjamin Martinez respectfully moves this Court to dismiss the Indictment in this case.

Respectfully submitted,

JAMES WYDA
Federal Public Defender


/S/
_____
JOSEPH A. BALTER          #04496
Deputy Federal Public Defender


/S/
_____
JULIE LEE BETH JOHNSON       #27746
Assistant Federal Public Defender

Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-0872
Email: joseph_balter@fd.org
         julie_johnson@fd.org