| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** |
|---|---|
| (07/24/2010) | CHS REPORTING DOCUMENT |

**HEADER**

Date: **10/12/2010**

Case Agent Name: **Galietta,J. Joseph**

Field Office/Division: **Baltimore**

Squad: **CT 1**

Date of Contact: **10/08/2010**

List all present including yourself. (Do not include the CHS.): SA Joseph Galietta, TFO SA Kelly baird

Type of Contact: **In Person**

Date of Report: **10/12/2010**

Source Reporting:    A confidential human source, not in a position to testify, much of whose past reporting has been corroborated, provided the following information. Unless otherwise noted, CHS had direct access to the information.

Mohammad Hussain was a Maryland-based Nicaraguan-American muslim who attended prayers at the ████████ Mosque. He wore his pants cuffed up to his knees as a way of imitating the Prophet Muhammad. According to his Facebook (FB) page, he often traveled to Boston to visit his wife. He graduated from Laurel High School in 2005. He was born in 1987. He expressed hatred toward anyone who opposed Allah. On Sunday, October 10, 2010, Hussain wrote that he wanted to travel "In cha Allah in Pakistan or Afghanistan (a country that struggle for the sake of Allah swt) [sic]".



Signed by:

↳ Click here to sign this section

↳ **Signed by JJGALIETTA**    View details
on Tuesday, October 12, 2010 2:39 PM (Eastern Daylight Time)

↳ **Signed by ABDRUCKER**    View details
on Thursday, October 14, 2010 2:52 PM (Eastern Daylight Time)

**Ex. B    001**

**1782**

**Exhibit B**

**From:**
**Sent:** Friday, October 08, 2010 1:05 PM
**To:** Galietta, Joseph J. (FBI)
**Subject:** Re: Friday

Got it I believe something will come out of him.

Sent via BlackBerry

---

**From:** "Galietta, Joseph J."
**Date:** Fri, 8 Oct 2010 13:52:36 -0400
**To:**
**Subject:** Re: Friday

You have the green light to speak with him. We don't yet have enough to open an investigation. But were always on the lookout for activity.

---

**From:**
**To:** Galietta, Joseph J.
**Sent:** Fri Oct 08 12:36:39 2010
**Subject:** Re: Friday

will be waiting for your green light to engage our         boy.

Sent via BlackBerry

---

**From:**
**Date:** Fri, 8 Oct 2010 09:30:39 -0400
**To:**
**Subject:** Re: Friday

Be there in a few minutes.

---

**From:**
**To:** Galietta, Joseph J.
**Sent:** Fri Oct 08 08:24:39 2010
**Subject:** Re: Friday

@ location

Sent via BlackBerry

---

**From:** "Galietta, Joseph J."
**Date:** Thu, 7 Oct 2010 17:16:56 -0400
**To:**

1

Ex. B   002

1586

**From:**
**Sent:**              Monday, October 11, 2010 9:14 AM
**):**              Galietta, Joseph J. (FBI)
**.ubject:**      Re:

Yes
Sent via BlackBerry

---

**From:** "Galietta, Joseph J."
**Date:** Mon, 11 Oct 2010 10:10:34 -0400
**To:**
**Subject:** Re:

Is this the Nicaraguan saying he wants to go fight in Afghanistan?

---

**From:**
**To:** Galietta, Joseph J.
**Sent:** Mon Oct 11 08:57:38 2010
**Subject:** RE:

?-I am in contact with       boy and we met yesterday at    mosque at 5:47
or to meeting I wrote him and he responded (below is part of the conversation.)

     2:55pm
mash allah where do you plan to go?

*2:58pm
In cha allah in Pakistan or Afghanistan (a country that struggle for the sake of allah swt.)

---

**From:** Joseph.Galietta
**To:**
**Date:** Sun, 10 Oct 2010 14:37:30 -0400
**Subject:** Re:

Got it, thanks.

---

**From:**
**To:** < kelly.baird
**Cc:** Galietta, Joseph J.
**Sent:** Sun Oct 10 13:35:33 2010
**Subject:** Re:

Our       boy dob is      instead of 1987 as I previously stated.

   ◣ Sent via BlackBerry

---

Ex. B    003

**1588**

**From:** ████████████████████████
**Sent:** Thursday, December 02, 2010 10:03 PM
**To:** Galietta, Joseph J.
**Subject:** first contact with nica

attached first contact with Nica on 10/10/10

Ex. B   004
1740



Added May 6

 Muhammad Hussain **mashallah wish i waz there**

September 21 at 2:35pm · Flag

Today 10/10/10

2:37pm
assalamoualekoum dear brother?

2:38pm
walaykumasaalam my beloved akhi how ru?

Ex. B   005

3:00pm
hold on we met at the jonnhycake mosque!! is it you?

3:01pm
masjid ar rahmah? lol

3:02pm
i just look at photots and i recognize you mash allah!!
do you have a phone number?

3:03pm
no i dont
but give me yours i dont carry fones

3:05pm
we met during ramadan and you may recognize me i use to be there every night we say salam to each over sometimes!! lol
mash allah my goal is to help our brothers that struggle for us

3:06pm
i dont recall are u young? but mashallah me too do u have a picture?

3:07pm
no but we will meet one of this day

3:08pm
inshallah were will u go for asr 2 day?

3:09pm
i am free around 5:30
where r u located?

3:10pm
i am close by the masjid meet me there inshallah at 530

3:10pm
in sha allah


Mohammad Hassain **I love Sheikh Anwar al Awalki for the sake of ALLAH. A real insperation for the Ummah, I dont care if he is on the terrorist list! May ALLAH give him Kire ameen.**

October 11 at 5:16pm · Comment · Like

From:
Sent:            Thursday, October 14, 2010 11:52 AM
To:              Galietta, Joseph J. (FBI); kelly baird
Subject:         jonnhycake
Attachments:     Muhammad conversation.docx

I <u>attached the full conversation i</u> had with ███████ boy last night and <u>below i copy and paste the important part of the conversation</u>.

12:46am
Me: i do delivery for some pakistani brothers
i am already getting contacts mas allah
mash allah
u?

12:48am
Him: I waz workin in construction but i havent had any work lately make dua for me I dont wanna be left behind

12:49am
Me: in sha Allah i will make some this fajr

12:50am
'm: inshallah

2:53am
Me: how soon u may go? maybe if Allah willing we may make it together

12:57am
Him: Honestly I dont know brotha but inshallah im just going to keep asking ALLAH HE will open a door for me inshallah becuz man..... jihad is all I think about when i sleep, when I wake up, sometimes i cry cuz im not there and kaffur killing our brothers and sister! I am sure I will make it soon or later.

1:02am
Me: allahu akbar!!

1:07am
Him: allahuakbar!

1:09am
Me: brother i am going to bed!! i will talk to u later in sha allah salam

1:10am
Him: inshallah waalykumasaalm

1

Ex. B   007

**1589**

Muhammad conversation with ▮▮▮ on 10/14/10

Today

12:19am
Me: assalamoualekoum dear brother?

12:20am
Him: waalaykumasaalam akhi how ru?

12:21am
Me: please forgive me for the last time!! the traffic was too much on the high way
i got at the masjid but late

12:21am
Him: lol no worries my beloved brother how is everything? how waz ur day?

12:22am
Me: i am doing great!! thank u for forgiving i sent u my number u got it?

12:24am
Me: actually can u give it to me agian I dont know what happen the last time but I didnt get it.

12:24am
Me: 4434216158
how r u?

12:29am
Him: Alhamdudillah i cant complain just been doin alot of thinking brotha but wat about u?

12:30am
Me: the same thing here too!! there is no rest in this dunia
in sha Allah that y what ever u do here the result will b in janah

12:33am
Him: yea it isnt this dunia is like a prison for us but inshallah jennah is freedom. May ALLAH
make us of those who taste paradise ameen. how old ru brother?

12:34am
Me: 29 u?

12:34am
Him: 21 lol Ithought u were much yunger

12:34am

Me: lol no

12:35am
Him: mashallah lol were do u make jumah?

12:36am
Me: that one thing i regret i would have loved to be in the great lands if i had ur age but still i am going to do it
al rahma

12:39am
Him: inshallah i'll meet u there but yea my dream is to be amongst the ranks of the mujahideen and its never to late brother inshallah u could be 80 years old fighting for ALLAH but I feel were u r coming from.

12:41am
Me: in sha Allah!! it is an obligation ?
an obgligation personnally
as soon as i get my money together i am gone
in sha allah

12:45am
Him: Inshallah I hope ALLAH raises the both of us in the ranks but it is an obligation and alot of people dont understand it. were do u work?

12:46am
Me: i do delivery for some pakistani brothers
i am already getting contacts mas allah
mash allah
u?

12:48am
Him: I waz workin in construction but i havent had any work lately make dua for me I dont wanna be left behind

12:49am
Me: in sha Allah i will make some this fajr

12:50am
Him: inshallah

12:53am
Me: how soon u may go? maybe if Allah willing we may make it together

12:57am

Ex. B   009

1591

Him: Honestly I dont know brotha but inshallah im just going to keep asking ALLAH HE will open a door for me inshallah becuz man..... jihad is all I think about when i sleep, when I wake up, sometimes i cry cuz im not there and kaffur killing our brothers and sister! I am sure I will make it soon or later.

1:02am
Me: allahu akbar!!

1:07am
Him: allahuakbar!

1:09am
Me: brother i am going to bed!! i will talk to u later in sha allah salam

1:10am
Him: inshallah waalykumasaalm

**From:** "Galietta, Joseph J." ███████████████
**Date:** Thu, 21 Oct 2010 15:03:56 -0400
**To:** ████████████████████████████
**Subject:** RE: URGENT QUESTIONS

No, keep engaging him.

**From:** ███████████████████████
**Sent:** Thursday, October 21, 2010 1:01 PM
**To:** Galietta, Joseph J.
**Subject:** Re: URGENT QUESTIONS

Should I end Nicaragua ███ because I am expecting to talk to him today on facebook about the time I will meet with him on his request tomorrow?

Sent via BlackBerry ████████

Ex. B   011
1594

Galietta, Joseph J.

**Sent:** Friday, October 22, 2010 7:54 AM
**To:** Drucker, Adam B.

Out with ████ in ████████ this am, back in the O by noon.

Ex. B   012

**From:**
**Sent:**                Friday, October 22, 2010 2:37 PM
**⁣⁣:**                   Galietta, Joseph J. (FBI)
**Subject:**             Re: nica/19

He said he going @ the library to do some research.

Sent via BlackBerry

---

**From:** "Galietta, Joseph J."
**Date:** Fri, 22 Oct 2010 15:19:06 -0400
**To:**
**Subject:** Re: nica/19

10-4, thx

---

**From:**
**To:** Galietta, Joseph J.
**Sent:** Fri Oct 22 14:13:10 2010
**Subject:** nica/19

Just drop off Nicaragua @ library. He asked me: "how far can I go about jihad? I responded :as far as lah will take me; he replied "I want to bring the fight to them and kill them as they killing muslim around the orld."" he asked me if I have few brother who wants to join"? I told him no.(Since He saw me with at he mosque) he said "do you think would want to join?" I told him to not ask anyone because I don't want us to be betrayed. He wants to meet tonight again. ( I will give some of the details in between the conversation.

Sent via BlackBerry

Ex. B   013
1593

1

Galietta, Joseph J.

**Sent:** Wednesday, October 27, 2010 8:32 AM

**To:** Drucker, Adam B.

Out with ███████ this am.

Ex. B   014

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION |
|---------|-------------------------------|
| (07/24/2010) | CHS REPORTING DOCUMENT |

**HEADER**

████████████████

Date: **10/27/2010**

Case Agent Name: **Galietta, J. Joseph**

Field Office/Division: **Baltimore**

Squad: **CT 1**

Date of Contact: **10/27/2010**

List all present including yourself. (Do not include the CHS.): SA Joseph Galietta

Type of Contact: **In Person**

████████████████

Date of Report: **10/27/2010**

████████████████

Source Reporting: A confidential human source (CHS), much of whose past reporting has been reported, provided the following information. CHS obtained this information from his direct observations and from conversations with Mohammed Hussain.

Hussain lived in the ████████████████ On 10/22/2010, Hussain stated that he was saving money to "equip" himself. He wanted CHS to do the same because they "must be prepared" for jihad. Hussain told CHS that he and four brothers from Maryland would begin training for jihad. Hussain said they must get "used to blood" because they are going to see a lot of it when they "start slaughtering". Hussain stated that he and his group will target military recruiting stations or "anything military". Hussain rejected the idea of targeting a train station because that would turn public opinion against them. Hussain stated that he conducted online research and found a dojo for martial arts training. Hussain stated that a friend found a shooting range.

Hussain told CHS that ████████████ was one of the 4 brothers who will participate. ████ was a ████████████ graduate. ████ went to Pakistan after he graduated. ████████ parents forced him to return to the US. They feared ████ would join the mujahideen. ████████ worked at ████████████████████████████.

Hussain told CHS that he (Hussain) had a criminal record. Therefore, he needed a straw purchaser to buy a gun. He suggested that CHS could purchase the gun. Hussain had a rifle in mind which he saw at ████████████████████████████, Maryland.

Hussain expressed his intent to "kill them until they stop killing muslims". Hussain suggested, if an attack on a military recruiting station was unfeasible, they could follow a soldier home and kill him there. Hussain's immediate plan was to meet with CHS and the other 4 brothers to choose an Emir for their group. Hussain wanted to be the Emir.

Hussain twice phoned CHS. On 10/22/2010, he phoned from ████████ On

10/23/2010 he phoned from 

Signed by:

⚡ Click here to sign this section

⏎ **Signed by JJGALIETTA**    View details
on Wednesday, October 27, 2010 2:02 PM (Eastern Daylight Time)

⏎ **Signed by ABDRUCKER**    View details
on Thursday, October 28, 2010 10:41 AM (Eastern Daylight Time)

| **FD-1023** (07/24/2010) | FEDERAL BUREAU OF INVESTIGATION |
|---|---|

Ex. B   016

1785

**From:**     GALIETTA, J. JOSEPH. (BA) (FBI)
**Sent:**     Wednesday, October 27, 2010 3:08 PM
**To:**       Eisenberg, Harvey
**Cc:**       DRUCKER, ADAM B. (BA) (FBI)
**Subject:**  Consensual Monitoring

Harvey,

Per the AG guidelines, I'm writing to inform you of the OIA Approval for our human source&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608; to engage in OIA. We plan to have &#9608;&#9608;&#9608;&#9608;&#9608;&#9608; engage the subject &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608; in a consensually monitored conversation(s). The OIA is necessary to obtain information or evidence essential for the success of an investigation that is not reasonably available without such activity.

This is a new case, I will brief Greg and/or Christine and/or you at the first opportunity.  To summarize: &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608; reliable, reported that the subject is engaged in attack planning.

Joe G.

1

**From:**        GALIETTA, J. JOSEPH. (BA) (FBI)
**Sent:**        Wednesday, October 27, 2010 3:14 PM
**To:**          DRUCKER, ADAM B. (BA) (FBI)


Openi
ng.MHussain

1

Ex. B   018

**From:**
**Sent:** Thursday, October 28, 2010 9:29 AM
**):** Galietta, Joseph J. (FBI)
**ubject:** Re: nica

█and I believe he shares that house with some over muslim.

Sent via BlackBerry █

---

**From:** "Galietta, Joseph J." █
**Date:** Thu, 28 Oct 2010 10:03:27 -0400
**To:** █
**Subject:** Re: nica

Any luck on the address?

---

**From:** █
**To:** Galietta, Joseph J.
**Sent:** Wed Oct 27 16:22:32 2010
**Subject:** Re: nica

ʳ will send you an address in 10 mins

ent via BlackBerry █

---

**From:** "Galietta, Joseph J." █
**Date:** Wed, 27 Oct 2010 16:59:25 -0400
**To:** █
**Subject:** RE: nica

We need more info to determine this kid's true identity. The phone numbers are a start, but it takes time for the subpoenas to generate subscriber information. Can you get an exact address or license plate?

More important, we need to know about the meeting AS SOON AS YOU LEARN ABOUT IT. We'll need to meet at least 2 hours before you leave for the meeting location.

---

**From:** █
**Sent:** Wednesday, October 27, 2010 10:37 AM
**To:** Galietta, Joseph J.
**Subject:** Re: nica

I was wrong on the █ number instead the number is █.

ʼm sorry.

ent via BlackBerry █

1

Ex. B   019

1596

**From:**
**Sent:** ~~~~~~~~~~~~     Thursday, October 28, 2010 9:33 AM
**~~:**                   Galietta, Joseph J. (FBI)
**Subject:**              Re: nica

I will meet Nica tonight @ 7

Sent via BlackBerry ▓▓▓▓▓▓

---

**From:** "Galietta, Joseph J." ▓▓▓▓▓▓▓▓▓▓
**Date:** Thu, 28 Oct 2010 10:03:27 -0400
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** Re: nica

Any luck on the address?

---

**From:** ▓▓▓▓▓▓▓▓
**To:** Galietta, Joseph J.
**Sent:** Wed Oct 27 16:22:32 2010
**Subject:** Re: nica

vill send you an address in 10 mins

Sent via BlackBerry ▓▓▓▓▓▓

---

**From:** "Galietta, Joseph J." ▓▓▓▓▓▓▓▓▓
**Date:** Wed, 27 Oct 2010 16:59:25 -0400
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** RE: nica

We need more info to determine this kid's true identity.  The phone numbers are a start, but it takes time for the subpoenas to generate subscriber information.  Can you get an exact address or license plate?

More important, we need to know about the meeting AS SOON AS YOU LEARN ABOUT IT.  We'll need to meet at least 2 hours before you leave for the meeting location.

**From:** ▓▓▓▓▓▓▓▓▓▓
**Sent:** Wednesday, October 27, 2010 10:37 AM
**To:** Galietta, Joseph J.
**Subject:** Re: nica

I was wrong on the ▓▓▓▓▓▓ number instead the number is ▓▓▓▓▓▓.

ı sorry.

1

Ex. B   020
**1597**

**From:**
**Sent:** Thursday, October 28, 2010 9:46 AM
**):** Galietta, Joseph J. (FBI)
**ubject:** Re: nica

The house is facing a church and next to the house there is a school playground.

Sent via BlackBerry

---

**From:** "Galietta, Joseph J."
**Date:** Thu, 28 Oct 2010 10:03:27 -0400
**To:**
**Subject:** Re: nica

Any luck on the address?

---

**From:**
**To:** Galietta, Joseph J.
**Sent:** Wed Oct 27 16:22:32 2010
**Subject:** Re: nica

ᵀ will send you an address in 10 mins

ᵉnt via BlackBerry

---

**From:** "Galietta, Joseph J."
**Date:** Wed, 27 Oct 2010 16:59:25 -0400
**To:**
**Subject:** RE: nica

We need more info to determine this kid's true identity. The phone numbers are a start, but it takes time for the subpoenas to generate subscriber information. Can you get an exact address or license plate?

More important, we need to know about the meeting AS SOON AS YOU LEARN ABOUT IT. We'll need to meet at least 2 hours before you leave for the meeting location.

**From:**
**Sent:** Wednesday, October 27, 2010 10:37 AM
**To:** Galietta, Joseph J.
**Subject:** Re: nica

was wrong on the ▮▮▮▮ number instead the number is ▮▮▮▮.

ᵗm sorry.

ᵉnt via BlackBerry

1

Galietta, Joseph J.

**Sent:** Thursday, October 28, 2010 10:41 AM
**To:** ██████████████ Drucker, Adam B.

██████████ ave.  Possibly shares the house with another muslim family.  His mom is american.  Dad is nicaraguan.

**From:**
**Sent:** Thursday, October 28, 2010 11:37 AM
**To:** Galietta, Joseph J. (FBI)
**Subject:** Re: nica

At ▮▮▮▮ mosque or ▮▮▮▮▮, I did not tell him yet

Sent via BlackBerry ▮▮▮▮

---

**From:** "Galietta, Joseph J." ▮▮▮▮▮▮
**Date:** Thu, 28 Oct 2010 12:29:28 -0400
**To:** ▮▮▮▮▮▮▮▮
**Subject:** Re: nica

What's the location of tonights meeting?

---

**From:** ▮▮▮▮▮▮
**To:** Galietta, Joseph J. ▮▮▮▮
**Sent:** Thu Oct 28 10:03:51 2010
**Subject:** Re: nica

He wants to set the upcoming meeting with the rest of the group

Sent via BlackBerry ▮▮▮▮

---

**From:** "Galietta, Joseph J." ▮▮▮▮▮▮
**Date:** Thu, 28 Oct 2010 10:42:35 -0400
**To:** ▮▮▮▮▮▮▮▮
**Subject:** Re: nica

Purpose of your meeting tonight with Nica?

---

**From:** ▮▮▮▮▮▮
**To:** Galietta, Joseph J.
**Sent:** Thu Oct 28 09:32:58 2010
**Subject:** Re: nica

▮▮▮▮▮▮

I will meet Nica tonight @ 7

Sent via BlackBerry ▮▮▮▮

---

**From:** "Galietta, Joseph J. ▮▮▮▮▮▮
**Date:** Thu, 28 Oct 2010 10:03:27 -0400
**To:** ▮▮▮▮▮▮▮▮

1

Ex. B    023

1599

**From:**
**Sent:** Thursday, October 28, 2010 11:47 AM
Galietta, Joseph J. (FBI)
**Subject:** Re: nica

I will notify you on the exact location

Sent via BlackBerry

---

**From:** "Galietta, Joseph J."
**Date:** Thu, 28 Oct 2010 12:29:28 -0400
**To:**
**Subject:** Re: nica

What's the location of tonights meeting?

---

**From:**
**To:** Galietta, Joseph J.
**Sent:** Thu Oct 28 10:03:51 2010
**Subject:** Re: nica

He wants to set the upcoming meeting with the rest of the group

Sent via BlackBerry

---

**From:** "Galietta, Joseph J."
**Date:** Thu, 28 Oct 2010 10:42:35 -0400
**To:**
**Subject:** Re: nica

Purpose of your meeting tonight with Nica?

---

**From:**
**To:** Galietta, Joseph J.
**Sent:** Thu Oct 28 09:32:58 2010
**Subject:** Re: nica

I will meet Nica tonight @ 7

Sent via BlackBerry

---

**From:** "Galietta, Joseph J."
**Date:** Thu, 28 Oct 2010 10:03:27 -0400
**To:**

1

Ex. B   024
**1601**

**Re:**

Galietta, Joseph J.

**Sent:** Thursday, October 28, 2010 12:23 PM
**To:**  Drucker, Adam B.

Oia is apprvd. Will attempt recording mtgs

----- Original Message -----
From: Drucker, Adam B.
To: Galietta, Joseph J.
Sent: Thu Oct 28 11:13:41 2010
Subject: RE:

HQS ███████████████████████████. They want to clarify our investigative
plan -- here is what we have:

CHS will try and meet with MH in near future and will try to ID other members of
group.

CHS will try to maintain control of situation as it appears they need him/her to
procure items.

███████████████████████████████████████████████████████████

██ coverage will be initiated.

What do you think of above? Anything you want to add/detract?

_____

From: Galietta, Joseph J.
Sent: Thursday, October 28, 2010 10:41 AM
To: ██████████████ Drucker, Adam B.
Subject:

██████████ ave.  Possibly shares the house with another muslim family.  His mom is
american.  Dad is nicaraguan.

## Re:

Galietta, Joseph J.

**Sent:** Thursday, October 28, 2010 12:24 PM
**To:** ██████████ Drucker, Adam B.

Thx. I'll stop in the O this a-noon.  Do we have an Ausa there?  I want gjs'

----- Original Message -----
From: ██████████
To: Galietta, Joseph J.
Sent: Thu Oct 28 12:05:30 2010
Subject: RE:

Thanks Joe. ████████ is researching the address (and of course Adam is as well).

██████████████████████████████████████████████████████████████████.

-----Original Message-----
From: Galietta, Joseph J.
Sent: Thursday, October 28, 2010 10:41 AM
To: ██████████ Drucker, Adam B.
Subject:

████████ ave.  Possibly shares the house with another muslim family.  His mom is american.  Dad is nicaraguan.

Ex. B   026

**From:** DRUCKER, ADAM B. (BA) (FBI)
**Sent:** Thursday, October 28, 2010 2:44 PM

GALIETTA, J. JOSEPH. (BA) (FBI)

**Cc:**

**Subject:** RE:

Also, add that we have OIA and will try to consensually monitor the next meeting.

We will also have ▮▮▮ on target address tomorrow▮▮▮▮▮▮▮▮▮▮▮▮▮.

Galietta, Joseph J.

**Sent:** Thursday, October 28, 2010 2:49 PM
**To:** Drucker, Adam B. ███████████

████ anticipates seeing MH at ██████ tonight where they will determine date and location for the wider group meeting.

Ex. B   028

**From:** DRUCKER, ADAM B. (BA) (FBI)
**Sent:** Thursday, October 28, 2010 3:03 PM

GALIETTA, J. JOSEPH. (BA) (FBI)

**Cc:**

**Subject:**

Joe may have some of these answers when he returns to the office later this afternoon.

In the meantime, I think our plan should suffice which is to

Identify fully Mohammad Hussain
- a. ████ coverage of known address ████
- b. CHS information
- c. Analysis of Facebook account used by Hussain ████

Identify associates
- a. ████████████████████████
- b. CHS meeting with Hussain and others. Hussain will likely call the timing of meeting -- our CHS is being instructed to delay meeting until we can get an ████ on CHS.

Seek Criminal Prosecution
- a. Work with embed AUSA
- b. GJS for identified phone numbers
- c. ████████████████████

Ex. B   029

**From:**
**Sent:**            Thursday, October 28, 2010 4:25 PM
  :              Galietta, Joseph J. (FBI)
**Attachments:**        Muhammad Hussain.docx

doc attached

Ex. B   030

1603

## Muhammad Hussain

**Email:** deenulhaq1@yahoo.com





View Photos of Muhammad (13)Send Muhammad a MessagePoke Muhammad
**Information**
Relationship Status:
**Married to** Naimah Ismail-Hussain
Birthday:
**September 14, 1989**
Current City:
**Baltimore, MD**
Hometown:
**Washington, DC**
Political Views:
**Sharia Law**
Religious Views:
**Muslim - Sunni**
**Friends**
**2 linksSee All**

A Mujahids Love To His Wife

3:16pm Oct 15

Lessons from the Sahabah (Companions) MM(PHUB)

1:55am Oct 9

Suggest FriendsRemove from FriendsReport/Block this PersonShare

**Muhammad Hussain**

Ex. B    031

1604



**Naimah Ismail-Hussain** babe what happened? Can u call me tonight?
October 18 at 7:03pm · Comment ·LikeUnlike · See Wall-to-Wall


Write a comment... Comment



**Muhammad Hussain** I love Sheikh Anwar al Awalki for the sake of ALLAH. A real insperation for the Ummah, I dont care if he is on the terrorist list! May ALLAH give him Kire ameen.
October 17 at 4:46pm · Comment ·UnlikeLike · View Feedback (2)Hide Feedback (2)

You and Naimah Ismail-Hussain like this.


Write a comment... Comment



**Muhammad Hussain** To my love, I hope ALLAH will unite us in paradise inshallah AMEEN!



**A Mujahids Love To His Wife**
www.youtube.com

Ex. B  032

October 15 at 3:38pm · Comment ·LikeUnlike · View Feedback (2)Hide Feedback (2) · Share · Flag

Naimah Ismail-Hussain likes this.



Naimah Ismail-Hussain This was beautiful thank you I love u so much babe

October 16 at 12:55pm · LikeUnlike

Write a comment...

 Comment



**Muhammad Hussain** "Do you really want to spend your entire lives praying for longevity? WE were born in order to die."
October 15 at 3:38pm · Comment ·LikeUnlike · View Feedback (4)Hide Feedback (4)

2 people like this.



Askia Kojoe Egyaado نوسناه Yes, but we shouldn't be looking to die either. There's always balance in Islam, only Allah knows when each persons number is up, until then enjoy every breathe you take, and thank Allah for your health and all than functions to keep you in motion. And remembering Allah swt.

October 22 at 10:25pm · LikeUnlike



Naimah Ismail-Hussain well said my brother

October 23 at 12:11pm · LikeUnlike

Ex. B    033

*1606*



**Naimah Ismail-Hussain** AsSalaamu Alaikum just wanted to let you know that I will be back on campus tomorrow iA. If u can you can call me there plz inshallah
October 10 at 4:12pm · Comment ·LikeUnlike · See Wall-to-Wall



RECENT ACTIVITY
Muhammad is now friends with NewNew HiClass Hiheelz and Rochelle Cooper.
Muhammad is now friends with Omar Ahmed and Murtaza Ahmed.
Muhammad commented on Shaheen Mujahed's photo.



**Muhammad Hussain** via **Usuf Ali**: Every muslim listen to this subhanallah! it made me cry



**Lessons from the Sahabah (Companions) MM(PHUB)**
www.youtube.com
A Talk by Abu Hifzudeen - How the companions lives are examples from which we should take many lessons.

October 9 at 1:55am · **Comment** ·LikeUnlike · **Share** · **Flag**

Ex. B   034
1607





**Naimah Ismail-Hussain** ♥♥♥♥♥♥
October 8 at 3:49pm · Comment ·LikeUnlike · See Wall-to-Wall





**Muhammad Hussain** Any 1 who opposes ALLAH and HIS Prophet Peace.Be.upon.Him I hate u with all my heart
October 1 at 1:19pm · Comment ·LikeUnlike





**Muhammad Hussain** The sword is cummin the reign of opression is about 2 cease inshallah ta'ala YA muslimeen! dont execept the free world we are slaves of the Most High and never forget it!
September 29 at 6:33pm · Comment ·LikeUnlike · View Feedback (1)Hide Feedback (1)

Muhammad Hussain likes this.



RECENT ACTIVITY

Muhammad listed Imperfect Angel as his sister. · Comment ·LikeUnlike



Muhammad commented on Askia Kojoe Egyaado هانسون's status.
Muhammad commented on Askia Kojoe Egyaado هانسون's photo.
Older Posts

**From:**       DRUCKER, ADAM B. (BA) (FBI)
**Sent:**       Thursday, October 28, 2010 4:31 PM
**To:**
**Cc:**         GALIETTA, J. JOSEPH. (BA) (FBI)
**Subject:**

If HQS decides we need 24/7, we will need support from other offices. My opinion at this juncture is we do not yet need to go 24/7 as this "plot" is still in the planning stages and not yet imminent. We also have a CHS directly in the mix.