**From:**
**Sent:** Thursday, October 28, 2010 4:47 PM
Galietta, Joseph J. (FBI)
**Subject:** RE:
**Attachments:** Muhammad Hussain.docx

---

From: Joseph.Galietta
To:
Date: Thu, 28 Oct 2010 16:28:40 -0400
Subject: Re:

I can't open this, would you please resend

---

**From:**
**To:** Galietta, Joseph J.
**Sent:** Thu Oct 28 16:24:41 2010
**Subject:**

doc attached

Ex. B   038

1610



**Muhammad Hus~~~~~** deenulhaq1@yahoo.com
**About Me**

**Basic Info**

|  |  |  |
|---|---|---|
| **Sex:** | Male |
| **Birthday:** | September 14, 1989 |
| **Siblings:** | Imperfect Angel |
| **Relationship Status:** | Married to Naimah Ismail-Hussain |
| **Looking For:** | Friendship |
| **Current City:** | Baltimore, Maryland |
| **Hometown:** | Washington, District of Columbia |
| **Political Views:** | Sharia Law |
| **Religious Views:** | Muslim - Sunni |

**Bio**    In the name of Allah oft forgivig most merciful.IM just a yung brotha from the wrong side of the tracks who embraced Islam. Asalaamualaykum to the muslim ummah I love yall but im worried, were are we gonna be ten years from now idk only Allah does and HE knows best. We gotta rise up inshallah and continue the establishment of Islam on the earth with the help and guidence of Allah we can ya muslimeen!!! rise up ! we are the khalifas of the world. Were are the Lions of this ummah?!!

**Favorite**    "and mix not FALSEHOOD, nor conceal the TRUTH while you know". Quran Chapter 2 verse 42, said by the
**Quotations** Almighty Allah
**Education and Work**

**High School**       **Laurel High School '05**

**Likes and Interests**

**Activities**    Salah, Work, Dawah, Learning, Worshiping God


Salah

**Interests**    Marriage

Marriage

**Music**    Islamic Nasheeds

Islamic Nasheeds

**Books**    The Quran, Hadithand 1 more

The Quran

**Movies**    The Last Samurai, Avatarand 1 more

The Last Samurai

**Television**    Not Really Into Tv

Not Really Into Tv

Show other Pages



**Naimah Ismail-Hussain** babe what happened? Can u call me tonight?
October 18 at 7:03pm · Comment ·LikeUnlike · See Wall-to-Wall

- 
- 
- 

Write a comment...



Comment



**Muhammad Hussain** I love Sheikh Anwar al Awalki for the sake of ALLAH. A real insperation for the Ummah, I dont care if he is on the terrorist list! May ALLAH give him Kire ameen.
October 17 at 4:46pm · Comment ·UnlikeLike · View Feedback (2)Hide Feedback (2)

- 
- You and Naimah Ismail-Hussain like this.

Ex. B   040

1612

## RE: Identifiers

Galietta, Joseph J.

**Sent:** Thursday, October 28, 2010 5:39 PM
**To:** ███████████.
**Cc:** Drucker, Adam B., ██████████████████████████████████████████████████;
████████████.

---

██████ master query was negative. ████████ was negative.   The address has no one listed by that name, or even a common surname.   Still a possibility that M'd H is not this guy's real name.

**From:** ████████████.
**Sent:** Thursday, October 28, 2010 5:07 PM
**To:** Galietta, Joseph J.
**Cc:** Drucker, Adam B.; ██████████████████████████████████████████████████,
████████████████████.
**Subject:** RE: Identifiers

Joe,

Have we found if he has a criminal history yet?

Thanks,
██████

---

**From:** Galietta, Joseph J.
**Sent:** Thursday, October 28, 2010 4:49 PM
**To:** ████████████.
**Cc:** Drucker, Adam B.; ██████████████████████████████████.
**Subject:** Identifiers

We just came across the following identifiers for Muhammad Hussain.  These are taken directly from his Facebook page.  Therefore, they are as accurate as Hussain wanted them to be.

## Muhammad Hussain

**Email:** deenulhaq1@yahoo.com



**Information**
Relationship Status:
    Married to Naimah Ismail-Hussain
Siblings:
    Imperfect Angel
Birthday:
    September 14, 1989
Current City:
    Baltimore, MD
Hometown:
    Washington, DC
Political Views:
    Sharia Law
Religious Views:
    Muslim - Sunni
**Friends**

Ex. B    042

## RE: Identifiers

Galietta, Joseph J.

**Sent:** Thursday, October 28, 2010 5:49 PM

**To:** Drucker, Adam B.

---

Not at this point.

**From:** Drucker, Adam B.
**Sent:** Thursday, October 28, 2010 5:18 PM
**To:** Galietta, Joseph J.
**Subject:** Re: Identifiers

Ideally, we would want ▮▮▮ to record as many conversations as possible. Would it be feasible to get him an ▮▮▮ for tonights meeting?

---

**From:** Galietta, Joseph J.
**To:** ▮▮▮▮▮▮▮▮▮
**Cc:** Drucker, Adam B. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thu Oct 28 16:48:37 2010
**Subject:** Identifiers

We just came across the following identifiers for Muhammad Hussain. These are taken directly from his Facebook page. Therefore, they are as accurate as Hussain wanted them to be.

### Muhammad Hussain

**Email:** deenulhaq1@yahoo.com



**Information**
Relationship Status:
        Married to Naimah Ismail-Hussain
Siblings:

Ex. B    043

Imperfect Angel

Birthday:

September 14, 1989

Current City:

Baltimore, MD

Hometown:

Washington, DC

Political Views:

Sharia Law

Religious Views:

Muslim - Sunni

**Friends**

**Ex. B** 044

From:
Sent:                    Thursday, October 28, 2010 9:17 PM
:                        Galietta, Joseph J. (FBI)
ubject:                  Re:

Still with subject
Sent via BlackBerry

---

**From:** "Galietta, Joseph J."
**Date:** Thu, 28 Oct 2010 18:40:24 -0400
**To:**
**Subject:** Re:

Call me 2nite when your through

---

**From:**
**To:** Galietta, Joseph J.
**Sent:** Thu Oct 28 16:47:10 2010
**Subject:** RE:

---

From: Joseph.Galietta
o:
te: Thu, 28 Oct 2010 16:28:40 -0400
bject: Re:

I can't open this, would you please resend

---

**From:**
**To:** Galietta, Joseph J.
**Sent:** Thu Oct 28 16:24:41 2010
**Subject:**

doc attached

Ex. B    045

1613

From:
Sent:                    Thursday, October 28, 2010 10:11 PM
:                        Galietta, Joseph J. (FBI)
Subject:                 Re:

Done.
Sent via BlackBerry

---

**From:** "Galietta, Joseph J."
**Date:** Thu, 28 Oct 2010 18:40:24 -0400
**To:**
**Subject:** Re:

Call me 2nite when your through

---

**From:**
**To:** Galietta, Joseph J.
**Sent:** Thu Oct 28 16:47:10 2010
**Subject:** RE:

---

From: Joseph.Galietta
:
te: Thu, 28 Oct 2010 16:28:40 -0400
Jbject: Re:

I can't open this, would you please resend

---

**From:**
**To:** Galietta, Joseph J.
**Sent:** Thu Oct 28 16:24:41 2010
**Subject:**

doc attached

1

Ex. B    046

1614

Galietta, Joseph J.

**Sent:** Friday, October 29, 2010 6:41 AM

**To:** ▨▨▨▨▨▨▨ ; Drucker, Adam B.; ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

Some bullets from an early morning conversation with my source:  MH's true name is Antonio.  He works in construction (may leave the house early).  He noted that there is an armed forces recruiting center on Route 40.  He stated that propane tanks would work well in an attack.

I will meet with the source today to get more details.

Source planned to meet with him again tonight.  I plan to record the conversation.

**Ex. B   047**

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** |
|---|---|
| (07/24/2010) | CHS REPORTING DOCUMENT |

**HEADER**

▬▬▬▬▬▬▬

Date: **10/30/2010**

Case Agent Name: **Galietta, J. Joseph**

Field Office/Division: **Baltimore**

Squad: **CT 1**

Date of Contact: **10/28/2010**

List all present SA Joseph Galietta
including yourself.
(Do not include
the CHS.):

Type of Contact: **Telephonic**

Date of Report: **10/30/2010**

▬▬▬▬▬▬▬

Source Reporting:    A reliable human source reported the following:

Muhammad Hussain's true name was Antonio.  His address was ▮▮▮▮▮▮▮▮.  He had a specific military recruiting station he wanted to target.  The recruiting station was on Route 40.

Signed by:

🔏 Click here to sign this section

🔏 **Signed by JJGALIETTA**    View details
on Saturday, October 30, 2010 3:39 PM (Eastern Daylight Time)

🔏 **Signed by ABDRUCKER**    View details
on Monday, November 01, 2010 4:43 PM (Eastern Daylight Time)

| **FD-1023** (07/24/2010) | FEDERAL BUREAU OF INVESTIGATION |
|---|---|

Ex. B   048

**1786**

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** |
|---|---|
| (07/24/2010) | CHS REPORTING DOCUMENT |

### HEADER

Date: **11/20/2010**

Case Agent Name: **Galietta,J. Joseph**

Field Office/Division: **Baltimore**

Squad: **CT 1**

Date of Contact: **11/15/2010**

List all present including yourself. (Do not include the CHS.): SA Joseph Galietta, TFO Maurice Ramirez

Type of Contact: **In Person**

Date of Report: **11/20/2010**

Source Reporting:     A confidential human source (CHS), much of who past reporting has been corroborated, provided the following information:



DATE IN ERROR 10/28

On or about October 21, 2010, CHS, Muhammad Hussain, and ████████████ were eating pizza together at ████████████████████████. Hussain began talking about his desire to wage violent jihad. (On 11/15/2010, CHS opined that Hussain was trying to recruit ████████████████ into a plot.) ████ told Hussain that he (████) once believed in jihad, but had since gotten married. ████ stated that his responsibilities toward his wife outweighed his Islamic obligation to wage violent jihad. ████ told Hussain of a person named ████ who also wanted to wage violent jihad. ████ suggested he arrange a meeting between ████ and Hussain. (As of 11/15/2010, CHS did not believe ████ and Hussain had met.)

CHS drove Hussain and ████ to ████ home. CHS took Route 40. After CHS dropped ████ at ████ home, Hussain stated they had passed the military recruiting center he (Hussain) wanted to "hit". The center was on Route 40.

Signed by:

🖈 Click here to sign this section

🖈 **Signed by JJGALIETTA**    View details
on Saturday, November 20, 2010 1:35 PM (Eastern Daylight Time)

| Ͻ-**1023** (07/24/2010) | FEDERAL BUREAU OF INVESTIGATION |
|---|---|

Ex. B   049

**1787**

From:
**Sent:**      Friday, October 29, 2010 8:28 AM
**To:**      Galietta, Joseph J.
**Subject:**      Re: IMG00330-20101029-0908.jpg


Positive. "Nicaragua" Muhammad Hussain.
Sent via BlackBerry

-----Original Message-----
From: "Galietta, Joseph J."
Date: Fri, 29 Oct 2010 09:15:19
To:
Subject: IMG00330-20101029-0908.jpg

Is this him?

4

Ex. B   050



Ex. B   051

**From:** ████████████
**nt:** Friday, October 29, 2010 9:22 AM
**:** Galietta, Joseph J. (FBI)
**ubject:** Re: Re:

His mother lives on ██████████ (off of ████████; second door after you make the right turn) that where I dropped him off last night.

Sent via BlackBerry ████████

---

**From:** "Galietta, Joseph J." ████████████████
**Date:** Fri, 29 Oct 2010 09:44:55 -0400
**To:** ██████████████████████
**Subject:** RE: Re:

Got it.

**From:** ████████████████████
**Sent:** Friday, October 29, 2010 8:38 AM
**To:** Galietta, Joseph J.
**Subject:** Re:

████ ████████████████████ as I previously stated.

nt via BlackBerry ████████

---

**From:** "Galietta, Joseph J." ████████████████
**Date:** Thu, 28 Oct 2010 18:40:24 -0400
**To:** ████████████████████
**Subject:** Re:

Call me 2nite when your through

---

**From:** ████████████████████.
**To:** Galietta, Joseph J.
**Sent:** Thu Oct 28 16:47:10 2010
**Subject:** RE:

---

**From:** Joseph.Galietta████████
**To:** ████████████
**Date:** Thu, 28 Oct 2010 16:28:40 -0400
**Subject:** Re:

I can't open this, would you please resend

---

**m:** ████████████████
**To:** Galietta, Joseph J.

1

Ex. B  052

1615

**From:**       GALIETTA, J. JOSEPH. (BA) (FBI)
**Sent:**       Friday, October 29, 2010 9:37 AM
**To:**

**Cc:**                                         , DRUCKER, ADAM B. (BA) (FBI)
**Subject:**    Positive ID

We have positively identified Muhammad Hussein as Antonio Martinez, DOB ⬛⬛⬛⬛, SSN ⬛⬛⬛⬛ two possible addresses:

1

Ex. B   053

## RE: IMG00330-20101029-0908.jpg

Galietta, Joseph J.

**Sent:** Friday, October 29, 2010 9:57 AM

**To:** Drucker, Adam B.

**Cc:** Eisenberg, Harvey (USAMD); Manuelian, Christine (USAMD)

---

Yes, he's not a convicted felon.  He had a felony Nolle Prossed back in 2000.  That and
a misd conviction is all.

-----Original Message-----
From: Drucker, Adam B.
Sent: Friday, October 29, 2010 9:48 AM
To: Galietta, Joseph J.
Subject: Re: IMG00330-20101029-0908.jpg

Do we have crim history?

----- Original Message -----
From: Galietta, Joseph J.
To: ██████████████.
Cc: ██████████████████████████████, Drucker█ Adam B.
Sent: Fri Oct 29 09:44:37 2010
Subject: RE: IMG00330-20101029-0908.jpg

Our source has positively Identified the guy in the picture as the subject.

We have located another possible address. ████████████████████████████.


-----Original Message-----
From: ██████████████
Sent: Friday, October 29, 2010 9:37 AM
To: Galietta, Joseph J.
Subject: Re: IMG00330-20101029-0908.jpg

We have not seen the indiv in attached photo. ████████████████████████████████████




----- Original Message -----
From: Galietta, Joseph J.
To: ██████████████
Sent: Fri Oct 29 09:19:21 2010
Subject: IMG00330-20101029-0908.jpg

Have you seen this guy today?  Might be our subject.

**Ex. B    054**

Galietta, Joseph J.

**Sent:** Friday, October 29, 2010 10:51 AM
**To:**  �acket▄ Drucker, Adam B.

---

```
From ████ this is prob the ████████ address

His mother lives on ████████████ (off of ██████████████ second door after you make
the right turn) that where I dropped him off last night.
```

Ex. B   055

**From:**
**Sent:**         Friday, October 29, 2010 3:41 PM
**:**         Galietta, Joseph J. (FBI)
**Subject:**    Re: Anything

He was not at ▮▮▮▮▮ because he was not sure to go there today. I am definitely sure to meet him at ▮▮▮▮▮. He told me even he does not call me, but to meet him on ▮▮▮▮▮ @ 7:45-8:00.

Sent via BlackBerry ▮▮▮▮▮

---

**From:** "Galietta, Joseph J." ▮▮▮▮▮▮▮▮▮
**Date:** Fri, 29 Oct 2010 16:25:35 -0400
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Anything

**Anything?**

1

Ex. B   056

**1617**

From:
~ant:                    Friday, October 29, 2010 6:49 PM
  ;                      Galietta, Joseph J. (FBI)
  ibject:                Re:


10-4
------Original Message------
From: Jo Inv 1
To: ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛'
Subject:
Sent: Oct 29, 2010 8:35 PM

When u pick him up, don't drive fast or blow through red lights.

Sent via BlackBerry ⬛⬛⬛

Ex. B   057

1618

**From:**

**Sent:** Friday, October 29, 2010 8:08 PM

**:** Galietta, Joseph J. (FBI)

**Subject:** Re:

10-4
------Original Message------
From: Jo Inv 1
To:
Subject: Re:
Sent: Oct 29, 2010 10:06 PM

Enroute, see you there.

----- Original Message -----
From:
To: Galietta, Joseph J.
Sent: Fri Oct 29 20:05:35 2010
Subject: Re:

Done on my bk
------Original Message------
From: Jo Inv 1
To:
Subject:
t: Oct 29, 2010 8:35 PM

When u pick him up, don't drive fast or blow through red lights.

Sent via BlackBerry

Sent via BlackBerry

From:
Sent:                    Friday, October 29, 2010 8:13 PM
:                        Galietta, Joseph J. (FBI)
Subject:                 Re:

@location
------Original Message------
From: Jo Inv 1
To:
Subject: Re:
Sent: Oct 29, 2010 10:06 PM

Enroute, see you there.

----- Original Message -----
From:
To: Galietta, Joseph J.
Sent: Fri Oct 29 20:05:35 2010
Subject: Re:

Done on my bk
------Original Message------
From: Jo Inv 1
To:
Subject:
    nt: Oct 29, 2010 8:35 PM

When u pick him up, don't drive fast or blow through red lights.

Sent via BlackBerry

Sent via BlackBerry

Ex. B   059

1620

1

**From:** Drucker, Adam B.
**nt:** Friday, October 29, 2010 9:11 PM
**:** Galietta, Joseph J.
**Subject:** Re:

Ok tough guy. Wasn't sure if this was during the afternoon.  Don't make me start calling you bender.

----- Original Message -----
From: Galietta, Joseph J.
To: Drucker, Adam B.
Sent: Fri Oct 29 21:09:30 2010
Subject: Re:

Oh shit, knew I forgot something.  OF COURSE HE DID.

----- Original Message -----
From: Drucker, Adam B.
To: Galietta, Joseph J.
Sent: Fri Oct 29 21:08:29 2010
Subject: Re:

Looks like chs is at least in the loop. Did he have the ███ during this?

----- Original Message -----
om: Galietta, Joseph J.
o: Drucker, Adam B. ██████████████████
Sent: Fri Oct 29 21:06:04 2010
Subject:

███ followed my chs and the subject to an army recruiting station where the subject and chs circled twice around the bldg.  More details in the am.

1

Ex. B   060

| FD-209a | **FEDERAL BUREAU OF INVESTIGATION** |
|---|---|
| (07/24/2010) | CHS CONTACT REPORT |

### HEADER

Date: **10/30/2010**

Case Agent Name: **Galietta, J. Joseph**

Field Office/Division: **Baltimore**

Squad: **CT 1**

### CONTACT REPORT

Date of Contact: **10/29/2010**

List all present including yourself. (Do not include the CHS.): SA Joseph Galietta, TFO Maurice Ramirez

Type of Contact: **In Person**

Other: CHS participated in a consensually monitored conversation with case subject.

a Click here to sign this section

Ex. B  061

1792

## Re:

Galietta, Joseph J.

**Sent:** Saturday, October 30, 2010 6:22 PM

**To:** Drucker, Adam B.;████████████

---

████ is going over there, will be there at 7:45. No recording thuis time. Wasn't planned, I have no ████. Will let yall know when I heart from him.

----- Original Message -----
From: Drucker, Adam B.
To: Galietta, Joseph J.
Sent: Sat Oct 30 18:18:09 2010
Subject: Re:

Maybe ████ can call both phones and try to get a hold of him and make up some good reason for calling. Tough to spot check when guy doesn't have a car.

----- Original Message -----
From: Galietta, Joseph J.
To: Drucker, Adam B.
Sent: Sat Oct 30 18:15:02 2010
Subject: Re:

The ████ is putting the phone at diff location than the subject, has been all day.

----- Original Message -----
From: Drucker, Adam B.
To: Galietta, Joseph J.
Sent: Sat Oct 30 18:11:01 2010
Subject: Re:

Can we determine ████████ info for his phones?

----- Original Message -----
From: Galietta, Joseph J.
To: Drucker, Adam B.
Sent: Sat Oct 30 18:09:39 2010
Subject: Re:

Lost him at ████████.

----- Original Message -----
From: Drucker, Adam B.
To: Galietta, Joseph J.
Sent: Sat Oct 30 18:08:20 2010
Subject: Re:

Where did we lose him? Maybe ████ can find him at ██

----- Original Message -----
From: Galietta, Joseph J.
To: Drucker, Adam B.
Sent: Sat Oct 30 18:03:38 2010
Subject:

He's out of pocket right now. I've told greg to spot check known addresses.

**Ex. B 062**

From:
Sent:                    Saturday, October 30, 2010 9:36 PM
                         Galietta, Joseph J. (FBI)
Subject:                 Re:

Yep
------Original Message------
From: Jo Inv 1
To:
Subject: Re:
Sent: Oct 30, 2010 11:32 PM

You alone?

----- Original Message -----
From:
To: Galietta, Joseph J.
Sent: Sat Oct 30 21:29:14 2010
Subject: Re:

About to go on                    (corner of         ave) ------Original Message------
From: Jo Inv 1
To:
Subject: Re:
Sent: Oct 30, 2010 11:08 PM

    :ation?
------Original Message------
From:
To: Galietta, Joseph J.
ReplyTo:
Subject: Re:
Sent: Oct 30, 2010 20:14

With subject.
------Original Message------
From: Jo Inv 1
To:
Subject: Re:
Sent: Oct 29, 2010 10:06 PM

Enroute, see you there.

----- Original Message -----
From:
To: Galietta, Joseph J.
Sent: Fri Oct 29 20:05:35 2010
Subject: Re:

?-e on my bk
    --Original Message------
 . .m: Jo Inv 1
To:
Subject:

1

Ex. B 063

1622

Galietta, Joseph J.

**Sent:** Saturday, October 30, 2010 11:37 PM

**To:** Drucker, Adam B.

Status:  source took him to ▉▉▉▉▉▉▉. ▉▉▉ missed it, but is setting up on
the residence.

Ex. B  064

From:
Sent:                          Sunday, October 31, 2010 12:50 PM
To:                            Galietta, Joseph J. (FBI)
Subject:                       Re: nica

The phone part will be for us to keep track on him because he will not talk about such thing over the phone and
he insisted on that. "I don't want to be caught like a chick, I want the mission done b4 anything happen because
most likely we won't stay alive therefore may Allah grant us Jannah(paradise)" he said, then he talked about his
wife: he may not see her if Allah opens the door.

Sent via BlackBerry ███████

---

From: "Galietta, Joseph J." ███████████
Date: Sun, 31 Oct 2010 13:26:03 -0400
To: ████████████████████
Subject: Re: nica

Its important he said that. What we need now is to be able to listen to him better. He needs a phone.

---

From: ██████████████
To: Galietta, Joseph J.
Sent: Sun Oct 31 12:20:00 2010
Subject: Re: nica

Yesterday he concluded with: "Allah is opening the door of this mission mash allah, I am up for it, down for it
and all for it"

Sent via BlackBerry ███████

---

From: "Galietta, Joseph J." ███████████
Date: Sun, 31 Oct 2010 08:50:38 -0400
To: ████████████████████
Subject: Re: nica

Whose number did you say this was?

---

From: ███████████████
To: Galietta, Joseph J.
Sent: Wed Oct 27 10:36:36 2010
Subject: Re: nica

I was wrong on the ██████████ number instead the number is ██████████.

a sorry.

Sent via BlackBerry, ████████

1

Ex. B  065

1625

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** |
|---------|-------------------------------------|
| (07/24/2010) | CHS REPORTING DOCUMENT |

### HEADER

▓▓▓▓▓▓▓▓▓▓▓

Date: **11/01/2010**

Case Agent Name: **Galietta,J. Joseph**

Field Office/Division: **Baltimore**

Squad: **CT 1**

Date of Contact: **11/01/2010**

List all present including yourself. (Do not include the CHS.): SA Joseph Galietta, TFO maurice ramirez

Type of Contact: **In Person**

▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓

Date of Report: **11/01/2010**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Source Reporting:    A reliable CHS provided the following information obtained during a conversation with Muhammad Hussain on 10/30/2010: 

Muhammad Hussain wanted to execute his attack sometime between the present and December. Hussain's wife planned to visit Baltimore sometime in November. Hussain did not want to see her because "Allah is opening these doors to him". Hussain had no children.

Hussain's mother was a Christian. She did not support Hussain's conversion to islam. She and Hussain had a great argument over it. They had smoothed things over since then. Hussain wished his mother were muslim. Then, she could be welcomed into jannah (paradise).

Hussain's father-in-law lived at ▓▓▓▓▓▓▓▓▓▓▓. He owned the cell phone Hussain used to call CHS on several occassions. Hussain did not own a phone. He did not want to be attached to anything that could be used to track him.

Hussain had a history of arrests and drug use. He regreted his past. Hhe was ashamed of his past.

CHS opined that Hussain watches many Anwar Al-Awlaki videos. Hussain often repeated many of Al-Awlaki's rhetoric. Hussain mimicked Al-Awlaki's hand and facial mannerisms.

ıned by:

🖉 Click here to sign this section

**Ex. B 066**

**1794**

**Signed by JJGALIETTA**    View details
on Monday, November 01, 2010 9:00 PM (Eastern Daylight Time)

**Signed by ABDRUCKER**    View details
on Wednesday, November 03, 2010 10:33 AM (Eastern Daylight Time)

| **D-1023** (07/24/2010) | FEDERAL BUREAU OF INVESTIGATION |
|---|---|

Ex. B  067

1795

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** |
|---------|-------------------------------------|
| (07/24/2010) | CHS REPORTING DOCUMENT |

**HEADER**

████████████████

Date: **12/04/2010**

Case Agent Name: **Galietta, J. Joseph**

Field Office/Division: **Baltimore**

Squad: **CT 1**

Date of Contact: **12/04/2010**

List all present SA Joseph Galietta
including yourself.
(Do not include
the CHS.):

Type of Contact: **Telephonic**

Date of Report: **12/04/2010**

████████████████████████████████

Source Reporting:     The captioned confidential human source, much of whose past reporting has been
corroborated, provided the following information.

In e-mails on or about October 30, 2010, CHS reported on a meeting he had with
Muhammad Hussain on 10/30/2010. In one e-mail, CHS reported that Hussain ended
their October 30th meeting by saying "Allah is opening the door of this mission mash allah,
I am up for it, down for it, and all for it." During the same October 30th meeting, Hussain
directed the CHS to drive through the vicinity of ████████████████████████ in
Baltimore City. Hussain told CHS that a mosque on ████████ was expanding. Hussain
stated that the Muslim community's goal was to grow until the entire area was their own
enclave. Hussain stated it would be great when that happened.

Signed by:

🔏 Click here to sign this section

🔏 **Signed by JJGALIETTA**     View details
on Saturday, December 04, 2010 11:16 AM (Eastern Daylight Time)

🔏 **Signed by ABDRUCKER**     View details
on Tuesday, December 07, 2010 8:58 AM (Eastern Daylight Time)

| **FD-1023** (07/24/2010) | FEDERAL BUREAU OF INVESTIGATION |
|--------------------------|--------------------------------|

Ex. B 068

1796

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** |
|---|---|
| (07/24/2010) | CHS REPORTING DOCUMENT |

### HEADER

████████████

Date: **11/04/2010**

Case Agent Name: **Galietta, J. Joseph**

Field Office/Division: **Baltimore**

Squad: **CT 1**

Date of Contact: **11/03/2010**

List all present
including yourself.
(Do not include
the CHS.):   SA Joseph Galietta, TFO Maurice Ramirez

Type of Contact: **In Person**

████████████

Date of Report: **11/04/2010**

████████████

Source Reporting:   The captioned confidential human source (CHS), much of whose past reporting has been corroborated, provided the following information:

CHS first met Muhammad Hussain at Masjid ████████████ during the second week of Ramadan. This would have been in or near the last week of August, 2010. Hussain prayed at ████████ throughout Ramadan because the food there was better than at the ████████ Mosque.

Hussain was impressed with CHS' knowledge about Islam. Hussain looked up to CHS for this reason.

Hussain's father-in-law was named ████. CHS opined that ████ worked, or used to work, at the ████████ located at the corner of ████████████.

████████████

Signed by:

🛈 Click here to sign this section

🖊 **Signed by JJGALIETTA**    View details
on Thursday, November 04, 2010 12:54 PM (Eastern Daylight Time)

| D-1023 (07/24/2010) | FEDERAL BUREAU OF INVESTIGATION |
|---|---|

Ex. B 069
1804