IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Filed with Classified**
**Information Security Officer**

CISO _____

Date _____ 10 / 28 / 2011

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | * |
| ANTONIO BENJAMIN MARTINEZ, | * |
| a/k/a Muhammad Hussain | * |
| | * |
| | * |

Criminal No. JFM-10-0798

**FILED *EX PARTE, IN CAMERA***
**AND UNDER SEAL WITH THE**
**CLASSIFIED INFORMATION**
**SECURITY OFFICER OR DESIGNEE**

\*\*\*\*\*\*\*

## PROTECTIVE ORDER
## RELATED TO DELETION OF CLASSIFIED INFORMATION
## FROM DISCOVERY PURSUANT TO CIPA § 4 AND FED. R. CRIM. P. 16(d)(1)