IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. JFM-10-0798 |
| ANTONIO BENJAMIN MARTINEZ | : |

...oOo...

## MOTION FOR LEAVE TO UNSEAL SENTENCING MATERIALS

The United States of America, by and through its undersigned counsel, hereby moves for unsealing of its sentencing letter dated April 2, 2012, and the attached photographs. Since the materials were relevant to the sentencing hearing, which has now concluded, there is no further reason for keeping the materials under seal.

WHEREFORE, it is requested that the Court grant the government's motion to unseal its previously filed sentencing letter and attachments.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Christine Manuelian
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

SO ORDERED this 6th day of April 2012.

_____
J. Frederick Motz
Senior United States District Judge