From: Mr. Antonio Martinez
Reg # 52856-037   CMU-29
F.C.I. Terre Haute Complex
Post Office Box - 0033
Terre Haute, Indiana 47808-0033

FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___
AUG 23 2012
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Re: The United States of America
         v. Martinez
Case: JFM-1-10-CR-00798

Subject: Requesting Call Docket Sheets
         And Additional Files.

10 August 2012

Dear Honorable Said
         Clerk of the Court:
Greetings and blessed day, to you and yours, as you are reading this I pray all is fine and well.

The purpose of this letter is as such:

1) I am seeking e.g. making a humble request to obtain a copy of my Call Docket Sheets from the dates of December 08, 2010 to the present.

2) I am also Seeking, e.g. am making a humble request for any and all available or pertinent records or materials, that I am allowed to have possession of in regards to the above styled captional case and reference in this matter.

3) In lastly; I am Seeking, e.g. am making a humble request to be provided a copy of any and all available material, handbook or reference manual, that can aide, assist helps and or support me in my filing on effective "Writ of Error" e.g. a proper 28 USC 2255; against my conviction and Sentence to obtain further relief.

As I close, I would like to say Thank you, for taking your time to read this matter and also, again Dear Honorable Said Clerk of the Court wish you and yours well.

Continued page 3

I would like to also thank you in advance for all of your assistance in this above style captioned case and reference.

Respectfully addressed and Submitted;

X *Antonio Martinez*
Mr. Antonio Martinez    X 8/10/2012
Reg #52854-037 CMU-29      10 August 2012
FCI Terre Haute Complex
P.O. Box -0033
Terre Haute, Indiana 47808-0033

cc: file
    record
    Self