

## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

August 29, 2012

Warden
FCI Terre Haute
4200 Bureau Road North
Terre Haute, IN  47808

In re: request for materials from Antonio Martinez, Criminal No. 10-798.

Dear Madam or Sir:

This court has received a request from Antonio Martinez, #52856-037 for a copy of his criminal docket sheet in the above noted case. A copy of the docket sheet is being sent directly to you so that access to it can be made available to the inmate in accordance with prison policy and procedures. By copy of this letter, Mr. Martinez is being directed to contact his unit manager or other appropriate prison personnel to arrange for review of the docket sheet. Your assistance is appreciated.

Mr. Martinez should be aware that anyone may obtain copies at $0.50 per page for in-house copy work or $0.10 per page if available electronically. A requestor must submit a request which includes the case title; case number; the paper number and/or a description and date of the document(s) or transcript; the requestor's name, address and phone number (if available) as well as the associated fees. Unless otherwise specified, all fees should be paid to: Clerk, United States District Court. Fees may be paid to the Clerk by check, money order, or major credit card.

The requested § 2255 Motion to Vacate forms are enclosed for Mr. Martinez.

Mr. Martinez should be aware that this court forwards all material deemed sensitive to the Warden of the institution. While this policy may seem inconvenient to Mr. Martinez, it is a safety precaution that may benefit others.

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov

Sincerely,

[signature]

Court Representative

cc: Antonio Martinez, #52856-037

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov