From: Mr. Antonio B. Martinez
      Reg.# 52856-037  CTU/CMU-29
      F.C.I. terre Haute Complex
      P.O. Box - 0033
      Terre Haute, Indiana 47808-0033

Re: United States of America
    v. Martinez, Antonio B.
Case: JFM - 10 -0788
                 798
Sbjt: <u>Making Request & Filing Notice To File</u>
      <u>Writ of Error under 28 U.S.C.S § 2255</u>

06 March 2013                JFM-13-836

```
_____ FILED    _____ ENTERED
_____ LOGGED   _____ RECEIVED

       MAR 18 2013
         AT BALTIMORE
   CLERK, U.S. DISTRICT COURT
      DISTRICT OF MARYLAND
BY_____ DEPUTY

        RECEIVED
         PRO SE

       MAR 19 2013
         AT BALTIMORE
   CLERK U.S. DISTRICT COURT
      DISTRICT OF MARYLAND
BY_____ DEPUTY
```

Dear Honorable United States District Court Clerk;
As you are reading, I wish you and yours the very best of health.
The purpose of this letter is as such:

1. Enclosed you shall find:
   Notice To File Writ Of Error under 28 USCS § 2255
   Motion Writ Of Error under 28 USCS § 2255
   Request For Counsel
   Appication To Proceed In-Forma Pauparis

2. You shall find at the end of each Cerificate of Services
   forms request to forward to all parties involved, again
   I bring before you this request.

   I thank you in advance for your time & efforts in this matter.
   Respectfully submitted & addressed;

x /s/ Antonio Martinez                    x 3-6-2013
Mr. Antonio Benjamin Martinez             06 March 2013
Reg.# 52856-037  CTU/CMU-29
F.C.I. Terre Haute Complex
P.O. Box - 0033
Terre Haute, Indiana 47808-0033

cc:
   file
   record
   self

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND
BALTIMORE, MARYLAND

\_\_\_\_ FILED    \_\_\_\_ ENTERED
\_\_\_\_ LOGGED   \_\_\_\_ RECEIVED

MAR 18 2013

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____  DEPUTY

ANTONIO BENJAMIN MARTINEZ
52856-037

v.

THE UNITED STATES OF AMERICA

Criminal: JFM-10-0798

...ooO0O0Ooo...

NOTICE
TO FILE WRIT OF ERROR
28 USCS §s 2255

COMES NOW, THE PETITIONER, ( MR. ANTONIO BENJAMIN MARTINEZ ) by and through the acts of Pro se, in representation of himself.

Doth so bring before this Said Court of the United States of America District Court For The Northern Disctrict OF Maryland, Baltimore, Maryland, his open ;

Notice: To File Writ Of Error 28 USCS § 2255.

The Petitioner, states that all the given information under the penalties of perjury, pursuant to the provisions of 28 USC § 1746, are true, accurate & correct to the best of the Petitioner's ability and knowledge.

X 3-6-2013
06 March 3013

Respectfully submitted;
X /s/ Antonio Martinez
Antonio Benjamin Martinez
52856-037 CTU/CMU
F.C.I. Terre Haute Complex
P.O. Box -0033
Terre Haute, Indiana 47808

## CERTIFICATE OF SERVICE

I, Antonio Benjamin Martinez, certify on this 06th day of March, in the year 2013, that this:

Notice to File Writ of Error 28 USCS § 2255, was therefore completed and sent by U.S. pre-paid postage mail to the United States District Court Clerk, for the Northern District of Maryland, Baltimore, Maryland.

I, also certify under the penalties Of perjury that all of the given information it true, accurate & correct to the best of my abilities and knowledge.

I also certify, that I have directed the United States Clerk of the Court, to direct this to any and all parties.

x 3-6-2013
06 March 2013

Respectfully submitted;
x _[signature]_
Mr. Antonio Benjamin Martinez
52856-037 CTU/CMU - 29
F.C.I. Terre Haute Complex
P.O. Box - 0033
Terre Haute, Indiana 47808-0033

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND
BALTIMORE, MARYLAND

ANTONIO BENJAMIN MARTINEZ
52856-037

v.

THE UNITED STATES OF AMERICA

Criminal: JFM-10-0798

...ooOoOOOoo...

MOTION
WRIT OF ERROR
28 U.S.C. § 2255

COMES NOW, The Petitioner, ⌊MARTINEZ⌋, also known by these truth as: Mr. Antonio Benjamin Martinez; as Pro se litigant in representation of him - own - self.

The Petitioner, brings before this Said Court his Motion: Writ of Error under 28 U.S.C. § 2255. to soon be filed.

1.  The Petitioner, states that all the information, files & materials, that have been provided are: true, correct and accurate to the best of his knowledge and abilities.

2.  The Petitioner, states that he does not have or posses in his possession, all of the needed and required; affidavits, documents, files, materials, records or transcripts to properly forego his filings of this petition in its proper form and manner.

3.  The Petitioner, states that he has been diligently making a strong request for the required; affidavits, documents, files, materials, records and transcripts, but he has not been successful in his endeavors to receive all as of yet.

   a) Request has been made by means of a motion to the Court for such said; affidavits, documents, files, materials records and transcripts, from the prior Counselor of Record as well as the governments / A.U.S.A.

   b) Request has been made by means of a motion to the Court, In regards to ⌊ALL⌋ available Brady Material, Giglio Material & Jencks Act [3500 Material] files, As well as any available 302 forms and all other; affidavits, documents, files, materials, records and / or transcripts,

b) continued.
   that he may be able to obtain to therefore
   property complete his Writ of Error under
   28 U.S.C.S § 2255.

Wherefore,

1. The Petitioner, would like to [AMEND] his petition at any time during the course of his proceedings under The Federal Rules of Civil Proceedures Rule [15].

2. The Petitioner prays, that his Motion For Writ of Error is accepted and that any and all other reliefs that this Said Court may deem required and necssary.

Respectfully addressed;

x 3-6-2013
06 March 2013

x _____
Mr. Antonio Benjamin Martinez
52856-037    CTU/CMU-29
F.C.I. Terre Haute Complex
P.O. Box - 0033
Terre Haute, Indiana 47808-0033

CERTIFICATE OF SERVICE

I, the undersigned certify on this 06th day of March in this year 2013, that all the information given to the above styled captioned case is true, accurate and correct to the best of my knowledge and abilities.

I, the undersigned certify that under the penalties of perjury that this was maild by U.S. pre-paid mail to the United States District Court Clerk, for the Northern District of Maryland, Baltimore, Maryland & directed to forward to any and all parties involed in the above styled captioned case.

Respectfully submitted;

x 3-6-2013
06 March 2013

x _____
Mr. Antonio Benjamin Martinez
52856-037    CTU/CMU - 29
F.C.I. Terre Haute Complex
P.O. Box - 0033
Terre Haute, Indiana 47808-0033