

U.S. **Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

| | | |
|---|---|---|
| *Rod J. Rosenstein*<br>*United States Attorney*<br><br>*Christine Manuelian*<br>*Assistant United States Attorney* | *36 South Charles Street*<br>*Fourth Floor*<br>*Baltimore, Maryland 21201* | *DIRECT: 410-209-4852*<br>*MAIN: 410-209-4800*<br>*FAX: 410-962-9293*<br>*TTY/TDD: 410-962-4462*<br>*Christine.Manuelian@usdoj.gov* |

July 24, 2013

Honorable J. Frederick Motz
Senior United States District Judge
U.S. District Court, District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re:    <u>United States v. Antonio Benjamin Martinez</u>
            Civil No. JFM-13-836
            Criminal No. JFM-10-798

Dear Judge Motz:

    I am writing to request an extension of time of approximately two weeks until August 9, 2013, in which to submit the government's response to the defendant's habeas petition in the above-captioned matter. I am awaiting receipt of the transcripts of the defendant's guilty plea and sentencing hearing, both of which are relevant to responding to the defendant's claims. I appreciate the Court's patience and consideration of my request.

                            Very truly yours,

                            Rod J. Rosenstein
                            United States Attorney


                By:_____
                     Christine Manuelian
                     Assistant United States Attorney

cc:    Antonio Benjamin Martinez
        Reg. No. 52856-037