

U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Rod J. Rosenstein*
*United States Attorney*

*Christine Manuelian*
*Assistant United States Attorney*

*36 South Charles Street*
*Fourth Floor*
*Baltimore, Maryland 21201*

*DIRECT: 410-209-4852*
*MAIN: 410-209-4800*
*FAX: 410-962-9293*
*TTY/TDD: 410-962-4462*
*Christine.Manuelian@usdoj.gov*

July 25, 2013

Honorable J. Frederick Motz
Senior United States District Judge
U.S. District Court, District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

      Re:   <u>United States v. Antonio Benjamin Martinez</u>
           Civil No. JFM-13-836
           Criminal No. JFM-10-798

Dear Judge Motz:

      Yesterday, I submitted a request to the Court for an approximately two week extension of time in which to respond to the defendant's habeas petition. This morning I was advised that Tony Rolland, who was the court reporter for the defendant's sentencing hearing, is, and will continue to be, out of town for an extended period and will not be able to provide a completed transcript of that hearing until August 20. I believe that statements made by the defendant at the hearing are relevant to resolution of his habeas petition. With the Court's permission, I would like to wait to receive the transcript before filing my response. As such, I would ask permission to extend the time for filing the government's response to August 22, 2013. Thank you for your patience and consideration of my request.

                  Very truly yours,

                  Rod J. Rosenstein
                  United States Attorney

           By:_____/s/_____
                Christine Manuelian
                Assistant United States Attorney

cc:   Antonio Benjamin Martinez
       Reg. No. 52856-037