TRULINCS  52856037 - MARTINEZ, ANTONIO BENJAMIN - Unit: WIL-A-B

---------------------------------------------------------------------------------

FROM: 52856037
TO: Warden
SUBJECT: ***Request to Staff*** MARTINEZ, ANTONIO, Reg# 52856037, WIL-A-B
DATE: 12/24/2022 08:21:30 AM

To: Dunbar
Inmate Work Assignment: Unicore

Greetings Warden Dunbar. Iam writing this request to ask you to submit on my behalf to the Director of the Bureau of prisons, a request for a motion to be filed on my behalf pursuant 18 usc 3582(c)(1)(a) "compassionate release" under the catch all provision located at 1b1.13 application note 1(d) labeled other reasons, which permits a sentence reduction if there exsits in the defendents case extraordinary and compelling reasons, based on the following information. 1. On April 6, 2012, I was sentenced to serve a 300 month sentence in federal custudy followed by a term of supervised release, for the conviction of 2332a(a)(3) and 921(a)(4)-attempted use of a weapon of mass destruction,specifically an explosive device,against the property owned by the United States. Upon sentencing,the district court misapplied the sentencing guideline statute for the crime in which I was convicted. 2332a carries three diffrent guideline statutes for sentencing? The court used statute 2m6.1, which deals with nuclear weapons, biological agents,toxins, chemical weapons, and other weapons of mass destruction. But the statutory index dose not include explosive or destructive devices. Sentencing statute 2k1.4 covers explosive devices and attempted use of destructive devices against government facilities.The 2k1.4 provision directly corresponds with the crime in which I was convicted. This procedural error in the miscalculation of my guideline computation caused my base level for my offense to errorneously be 42 when it sould have been 24. Also, there is no substantial evidence in my PSR of any listed chemical or toxic substance, as it would have been identified and listed under its own guideline provision, with its correspondiing sentencing enhancement for the attempted use of the substance.

TRULINCS  52856037 - MARTINEZ, ANTONIO BENJAMIN - Unit: WIL-A-B

----------------------------------------------------------------------------------------------

FROM: 52856037
TO: Warden
SUBJECT: ***Request to Staff*** MARTINEZ, ANTONIO, Reg# 52856037, WIL-A-B
DATE: 12/24/2022 08:47:36 AM

To: Dunbar
Inmate Work Assignment: Unicore

2.The second issue is that in determining my criminal history catagory level, the court used my juvenile record to enhance it to a level three, by useing convictions that that were not classified as adult convictions under the jurisdiction in which I was convicted. Guideline provision 4a1.2 provides that offenses comitted prior to the age of 18 are to be included in the criminal history catagory calculation if the defendent was convicted as an adult and received a sentence of imprisonment exceeding one year and one month. Furthermore, 4a1.2 discusses what a sentence of imprisonment is and in order for it to qualify in the criminal history computation, the conviction must have a stated maximum or based upon a pronounced sentence. In my PSR, each one of my juvenile convictions has no stated term of sentence or probation. The only stated term in my criminal history background is an adult offense in which I was sentenced to 90 days incarceration all susupended but 6 months of probation when I was 18 years old. Those prior to that should not have been calculated as I was not convicted as an adult during those ages. Courts within the fouth circuit have deemed this type of calculation substantively unreasonable and remanded sentences due to this type of calculation. Based on the above reasons I feel that I am duely qualified for a recommendation for compassionate release due to extraordinary and compelling reasons, as my sentencing computation is dramatically in error and should be recalculated due to the above facts. Thank you for your time.





| **Individualized Needs Plan - Program Review    (Inmate Copy)** | **SEQUENCE: 01753291** |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | **Team Date: 12-10-2022** |
| Plan is for inmate: MARTINEZ, ANTONIO BENJAMIN  52856-037 | |

| | | |
|---|---|---|
| Facility: | WIL  WILLIAMSBURG FCI | Proj. Rel. Date:  04-23-2032 |
| Name: | MARTINEZ, ANTONIO BENJAMIN | Proj. Rel. Mthd:  GOOD CONDUCT TIME |
| Register No.: | **52856-037** | DNA Status:  THA04189 / 07-12-2012 |
| Age: | 33 | |
| Date of Birth: | 09-14-1989 | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| WIL | UNICOR | UNICOR | 02-17-2021 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| WIL | ESL HAS | ENGLISH PROFICIENT | 08-16-2012 |
| WIL | GED EARNED | GED EARNED IN BOP | 10-18-2013 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| WIL | C | LEAD-ALCHEMY OF THE SOUL | 10-28-2019 | 12-23-2019 |
| WIL | C | LEAD-ART OF PUBLIC SPEAKING | 02-23-2020 | 02-23-2020 |
| WIL | C | LEAD SPANISH | 08-26-2019 | 10-30-2019 |
| WIL | C | HEALTH FAIR-VARIOUS TOPICS | 09-26-2019 | 09-28-2019 |
| WIL | C | LEAD YOGA & EXERCISE 101 | 08-18-2019 | 10-28-2019 |
| WIL | C | LEAD-ALCHEMY OF THE SOUL | 08-19-2019 | 09-09-2019 |
| WIL | C | SAVE OURSELVES-RPP #6 | 08-14-2018 | 03-26-2019 |
| WIL | C | LEAD-CHALLENGE 2 CHANGE | 05-23-2019 | 06-27-2019 |
| WIL | C | MONEYSMART RPP#3 | 02-07-2019 | 05-11-2019 |
| WIL | C | LEAD READY 4 REDEMPTION | 01-14-2019 | 04-01-2019 |
| WIL | C | LEISURE LEATHER CRAFT CLASS | 02-09-2019 | 04-10-2019 |
| WIL | C | MOTIVATE EDUCATE & NURTURE | 10-15-2018 | 03-01-2019 |
| WIL | C | RPP #6-TOTAL WINNER-SELF HELP | 01-17-2019 | 01-17-2019 |
| WIL | C | RPP #5 RELEASE PLANNING | 01-29-2019 | 01-29-2019 |
| WIL | C | LEAD-AERIAL&SCISSOR LIFT SAFTY | 12-17-2018 | 12-19-2018 |
| WIL | C | LEAD GETTING CHANGE RIGHT | 09-03-2018 | 10-01-2018 |
| WIL | C | LEAD GETTING CHANGE RIGHT | 09-03-2018 | 09-03-2018 |
| WIL | C | RPP #6 - KEYS TO SUCCESS | 10-11-2018 | 11-30-2018 |
| WIL | C | HEALTHY MARRIAGE RELATIONSHIP | 05-03-2018 | 05-31-2018 |
| WIL | C | WORK PLACE SAFETY-LEAD UNIT | 06-12-2018 | 09-18-2018 |
| WIL | C | LEAD FORGIVENESS | 06-05-2018 | 07-10-2018 |
| WIL | C | RPP #6 CRIMINAL THINKING | 07-13-2017 | 07-14-2017 |
| WIL | C | RPP #1 HIV/AIDS AWARENESS | 05-04-2017 | 05-04-2017 |
| THA | C | NUTRITION | 11-05-2015 | 02-11-2016 |
| THA CMU | C | NUTRITION | 09-24-2015 | 10-30-2015 |
| THA CMU | C | CARDIO TECHNIQUES | 08-01-2015 | 09-03-2015 |
| THA CMU | C | BASKETBALL CLASS IN CMU | 07-16-2014 | 08-22-2014 |
| THA CMU | C | ANBS CLASS IN CMU | 07-16-2014 | 08-22-2014 |
| THA CMU | C | AT RISK STAFF TAUGHT NUTRITION | 12-12-2013 | 12-19-2013 |
| THA CMU | C | ADVANCE CALLIGRAPHY CLASS | 11-06-2013 | 12-19-2013 |
| THA CMU | C | D UNIT IN-CELL GED PROGRAM | 08-16-2012 | 10-18-2013 |
| THA CMU | C | CALISTHENICS | 05-28-2013 | 08-13-2013 |
| THA CMU | C | WORLD HISTORY | 01-10-2013 | 04-11-2013 |
| THA CMU | W | ASTRONOMY/SCIENCE | 01-11-2013 | 04-11-2013 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| | |

```
WILJA  540*23 *              SENTENCE MONITORING         *    12-14-2022
PAGE 001        *             COMPUTATION DATA           *    11:00:54
                              AS OF 12-14-2022
```

REGNO..: 52856-037 NAME: MARTINEZ, ANTONIO BENJAMIN


FBI NO.:..........: 518565LC8        DATE OF BIRTH: 09-14-1989  AGE:  33
ARS1.............: WIL/A-DES
UNIT.............: UNIT 1            QUARTERS.....: A03-123U
DETAINERS........: NO               NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 10-23-2031

THE INMATE IS PROJECTED FOR RELEASE: 04-23-2032 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: MARYLAND
DOCKET NUMBER...................: JFM-1-10-CR-00798-00
JUDGE...........................: MOTZ
DATE SENTENCED/PROBATION IMPOSED: 04-06-2012
DATE COMMITTED..................: 07-10-2012
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $100.00        $00.00         $00.00       $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT:  $00.00

 REMARKS.......: DKT#JFM-1-10-CR-00798-001

----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 889     18:842P WOMD,2332A TERRORSM      FSA INELIGIBLE
OFF/CHG: 18:2332A(A)(3)&921(A)(4)-ATTEMPTED USE OF A WEAPON OF MASS
         DESTRUCTION,CT#2

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   300 MONTHS
TERM OF SUPERVISION............:     5 YEARS
DATE OF OFFENSE................: 12-08-2010




G0002      MORE PAGES TO FOLLOW . . .
```

```
WILJA  540*23 *              SENTENCE MONITORING          *       12-14-2022
PAGE 002 OF 002 *             COMPUTATION DATA            *       11:00:54
                              AS OF 12-14-2022
```

REGNO..: 52856-037 NAME: MARTINEZ, ANTONIO BENJAMIN


```
------------------------CURRENT COMPUTATION NO: 010 ------------------------
```

COMPUTATION 010 WAS LAST UPDATED ON 04-14-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-20-2012 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 04-06-2012
TOTAL TERM IN EFFECT............:   300 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    25 YEARS
EARLIEST DATE OF OFFENSE........: 12-08-2010

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     12-08-2010    04-05-2012

TOTAL PRIOR CREDIT TIME.........: 485
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1323
TOTAL GCT EARNED................: 621
STATUTORY RELEASE DATE PROJECTED: 04-23-2032
ELDERLY OFFENDER TWO THIRDS DATE: 08-08-2027
EXPIRATION FULL TERM DATE.......: 12-07-2035
TIME SERVED.....................:    12 YEARS        7 DAYS
PERCENTAGE OF FULL TERM SERVED..:  48.0
PERCENT OF STATUTORY TERM SERVED:  56.2

PROJECTED SATISFACTION DATE.....: 04-23-2032
PROJECTED SATISFACTION METHOD...: GCT REL
```

REMARKS.......: 10-15-13 UPDT GCT.LMG/B.4-14-20 GCT UPDT PURSUANT TO FSA B/TNN


G0000      TRANSACTION SUCCESSFULLY COMPLETED

A-3

```
   WILJA           *       INMATE DISCIPLINE DATA       *      12-14-2022
   PAGE 001 OF 001 *   CHRONOLOGICAL DISCIPLINARY RECORD *      11:05:33

   REGISTER NO: 52856-037 NAME..: MARTINEZ, ANTONIO BENJAMIN
   FUNCTION...: PRT          FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 12-14-2022


   ------------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 2845271 - SANCTIONED INCIDENT DATE/TIME: 04-28-2016 0830
   UDC HEARING DATE/TIME: 05-02-2016 1300
   FACL/UDC/CHAIRPERSON.: THA/2/WINTERBERG
   REPORT REMARKS.......: INMATE ADMITTED TO REFUSING TO BE PAT SEARCHED BY FEMALE
                          STAFF MEMBER
      307  REFUSING TO OBEY AN ORDER - FREQ: 1
           LP COMM    / 60 DAYS / CS
           COMP:    LAW:
   ------------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 2628273 - SANCTIONED INCIDENT DATE/TIME: 09-11-2014 1523
   UDC HEARING DATE/TIME: 09-17-2014 1240
   FACL/UDC/CHAIRPERSON.: THA/CMU/SWIFT
   REPORT REMARKS.......: GUILTY OF HAVING 4 INMATES IN CELL AT SAME TIME.  INMATE
                          DECLINED TO MAKE A COMMENT AT UDC HEARING
      315  PARTICIPATNG IN UNAUTH MEETING - FREQ: 1
           LP COMM    / 14 DAYS / CS
           COMP:    LAW:
   ------------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 2497771 - SANCTIONED INCIDENT DATE/TIME: 09-26-2013 1737
   DHO HEARING DATE/TIME: 10-11-2013 1130
   FACL/CHAIRPERSON.....: THA/GEORGE, J
   REPORT REMARKS.......: DENIED ENCOURAGING A GROUP DEMO
      299  DISRUPTIVE CONDUCT-HIGH - FREQ: 1
           DIS GCT    / 27 DAYS / CS
           COMP:010 LAW:P   299 MOST LIKE A 212
           LP COMM    / 60 DAYS / CS
           COMP:    LAW:
           LP PHONE   / 60 DAYS / CS
           COMP:    LAW:
   ------------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 2440214 - SANCTIONED INCIDENT DATE/TIME: 05-02-2013 1100
   UDC HEARING DATE/TIME: 05-08-2013 1450
   FACL/UDC/CHAIRPERSON.: THA/CMU/SWIFT
   REPORT REMARKS.......: INMATE ADMITTED GUILT
      307  REFUSING TO OBEY AN ORDER - FREQ: 1
           LP COMM    / 30 DAYS / CS
           COMP:    LAW:   ADDITIONAL SANCTION OF LOSS OF FOOD SERVICE JOB








   G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

A-4

# UNICOR WORK PERFORMANCE EVALUATION RECORD

**NAME:** Martinez _____ Antonio _____ _____

LAST         First         M.I.

52856-037

REGISTER #

| WIL1 | 313320 | 787682046 |
|------|--------|-----------|
| INSTITUTION CODE | INDUSTRY CODE | WORK ASSIGNMENT DOT CODE |

| MM/DD/YYYY | MM/DD/YYYY |
|------------|------------|
| 4/1/2022 | 9/30/2022 |
| EVALUATION BEGIN DATE | EVALUATION BEGIN DATE |

**RATING SCALE:**  1=MUCH WORSE THAN AVERAGE 2=WORSE THAN AVERGAE 3=AVERAGE
4=BETTER THAN AVERAGE 5=MUCH BETTER THAN AVERAGE

|  | SCORE | SUPERVISOR'S COMMENTS |
|--|-------|------------------------|
| QUALITY OF WORK | 5 | |
| QUANITY OF WORK | 5 | |
| INITIATIVE | 5 | |
| INTEREST; EAGERNESS TO LEARN | 5 | Great job! |
| ABILITY TO LEARN | 5 | |
| NEED FOR SUPERVISON; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT | 4 | |
| ABILITY TO WORK WITH OTHERS | 4 | |
| OVERALL JOB PROFICIENCY | 4 | |
| TOTAL | 37 | |

_____
SUPERVISOR'S SIGNATURE

_____
INMATE WORKER'S SIGNATURE

Henry



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: MARTINEZ, ANTONIO BENJAMIN  52856-037

SEQUENCE: 01753291

Team Date: 12-10-2022

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 04-21-2017 |
| CARE1-MH | CARE1-MENTAL HEALTH | 07-13-2012 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 05-19-2015 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 07-24-2012 |
| YES F/S | CLEARED FOR FOOD SERVICE | 04-21-2017 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 05-24-2016 |

### FRP Payment Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment:    NO OBLG    FINANC RESP-NO          Start: 04-27-2017**

Payments past 6 months:    **$0.00**          Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $25.00 | IMMEDIATE | EXPIRED |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $ N/A          Payments commensurate ?   N/A

New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 07-05-2020 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 12-14-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 12-14-2022 |
| N-COGNTV Y | NEED - COGNITIONS YES | 12-14-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-31-2021 |
| N-EDUC N | NEED - EDUCATION NO | 12-14-2022 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 12-14-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 12-14-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 12-14-2022 |
| N-MEDICL N | NEED - MEDICAL NO | 12-14-2022 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 12-14-2022 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 12-14-2022 |
| N-TRAUMA Y | NEED - TRAUMA YES | 12-14-2022 |
| N-WORK N | NEED - WORK NO | 12-14-2022 |
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 12-14-2022 |

### Progress since last review

| Due to COVID 19 restrictions, goals couldn't be completed from last program review. |
|---|

### Next Program Review Goals

| Unit team suggest Mr. Martinez enroll and complete one RPP course if ROP is not available by next program review.  Unit team suggest Mr. Martinez obtain application for Birth Certificate and Social Security Card by next program review. |
|---|

### Long Term Goals



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: MARTINEZ, ANTONIO BENJAMIN   52856-037

SEQUENCE: 01753291

Team Date: 12-10-2022

Unit Team suggest Mr. Martinez complete ROP Program by release date. Unit team suggest Mr. Martinez obtain Birth Certificate and Social Security card by release date.  Mr. Martinez is encourage to complete some of the college courses offered at Williamsburg Technical College.

### RRC/HC Placement

Recommended Placement in range greater than 270 days.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : RRC Placement Available
- Offense : attempt  use of a weapon of mass destruction
- Prisoner : There are no extenuating circumstances that would preclude placement.
- Court Statement : na
- Sentencing Commission : na

Inmate will be assess 17 to 19 month from release date.

### Comments

No program at WIL to aid in obtaining valid photo identification.

His emergency contact information was reviewed during his program review.

He will be considered for halfway house placement 17-19 months prior to release.



**Individualized Needs Plan - Program Review    (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: MARTINEZ, ANTONIO BENJAMIN   52856-037

SEQUENCE: 01753291

Team Date: 12-10-2022

| | |
|---|---|
| Name:   MARTINEZ, ANTONIO | DNA Status:   THA04189 / 07-12-2012 |
| Register No.:   **52856-037** | |
| Age:   33 | |
| Date of Birth:   09-14-1989 | |

_____

Inmate    (MARTINEZ, ANTONIO BENJAMIN. Register No.: 52856-037)

_____  12-14-22
Date

_____           _____
Unit Manager / Chairperson            Case Manager

_____  12-14-22         _____  12-14-22
Date                                          Date

_____