# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES

v.

ANTONIO B. MARTINEZ,
    Defendant

Case No. SAG-10-0798



FILED
LODGED — ENTERED
RECEIVED

AUG 3 1 2023

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## NOTICE OF APPEAL

The Defendant, Antonio B. Martinez, Pro se litigant, would like to place the Court on notice, that he wishes to challange the Courts judgement on his motion for Compassionate release that was filed on August 18, 2023.

Dated: August 27, 2023

Antonio B. Martinez 52856-037

FCI Williamsburg
PO Box 340
Salters, S.C.
29590