**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| **v.** | * | **Crim. Case No.:  SAG-10-0798** |
| | * | |
| **ANTONIO BENJAMIN MARTINEZ,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER**

This Court has received Antonio Benjamin Martinez's most recent motions for compassionate release, ECF 148, 151. This time, despite the previously agreed sentence, the government has joined in the motion, noting that Mr. Martinez has served 14.5 years and has amassed an impressive record of rehabilitation. It also cites the change in sentencing practice since the time of his sentencing and Mr. Martinez's youth and mental health challenges at the time of the offense of conviction. ECF 153.

In light of the motion, the lack of opposition, and the factors reviewed by the parties suggesting that Mr. Martinez has received just punishment and poses not significant risk to the public, this Court will GRANT Mr. Martinez's motions for reduced sentence, ECF 148, 151, and will reduce his sentence to time served. This order is stayed for up to ten days to allow appropriate travel and release arrangements to be made, but the defendant shall be released as soon as a residence is verified, a release plan is established, and appropriate travel arrangements are made. The defendant's previously imposed conditions of supervised release are unchanged.

The Clerk is DIRECTED to transmit a copy of this Order to counsel of record and to the United States Probation Office.

Dated: June 5, 2025

_____/s/_____
Stephanie A. Gallagher
United States District Judge